IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| O'Dell Bill Thomas, ) | |
| ) | C/A No. 1:16-2774-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| Nancy A. Berryhill, Acting Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff O'Dell Bill Thomas filed the within action on August 9, 2016, seeking judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's claims for supplemental security income benefits. By order filed July 17, 2017, the case was reversed pursuant to sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for further consideration.

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, which motion was filed August 16, 2017. Counsel moves for attorneys' fees in the amount of $6,966.63 to attorney Carol Avard and $1,385.46 to attorney Carole Dennison, for a total of $8,352.09. On October 10, 2017, the Commissioner filed a stipulation informing the court that the parties had reached agreement to pay counsel $7,300.00 in attorneys' fees. The stipulation is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorneys' fees pursuant to 42 U.S.C. § 406.

Plaintiff's motion for attorney's fees under the EAJA (ECF No. 28) is **granted** in the amount of $7,300.00, to be to be paid in accordance with the Commissioner's procedures set forth in the stipulation.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour<br>Senior United States District Judge

Columbia, South Carolina

October 16, 2017.